CHRISTOPHER J. BOWES, ESQ.
54 Cobblestone Drive
Shoreham, NY 11786
Tel. (212) 979-7575
Fax (631) 929-1700
cjbowes@gmail.com

**MEMO ENDORSED**

December 7, 2020

Via ECF
Hon Ona T. Wang
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   Gutierrez v. Saul
20 Civ. 3061 (OTW)

Dear Judge Wang:

As the attorney for the above plaintiff, I write to request an extension of time in which to serve plaintiff's portion of the joint stipulation in this case. Pursuant to the Court's October 8, 2020 Order, these papers are due to be served today. This is plaintiff's first request for an extension of time.

Due an unusually busy schedule coupled with multiple family obligations over the past month, I have not been able to complete Mr. Gutierrez's papers as anticipated. I apologize to the Court and opposing counsel for any impact this may have on Your respective schedules. With the consent of opposing counsel, SAUSA Shira Siskind, I respectfully request approval of the following revised schedule:

| Date | Filing |
|---|---|
| January 6, 2021 | Plaintiff's Portion of Joint Stipulation |
| February 5, 2021 | Defendant's Portion of Joint Stipulation |
| February 19, 2021 | Plaintiff's Reply |
| February 24, 2021 | Joint Stipulation Filed |

Thank you for Your Honor's attention to this matter.

Very truly yours,

/s/ Christopher J. Bowes
Christopher J. Bowes, Esq

cc:   SAUSA Shira Siskind

**SO ORDERED:**

Application GRANTED for extension and schedule approved.

_____   12/9/20
**Ona T. Wang**
United States Magistrate Judge