MEMO ENDORSED

# CHRISTOPHER J. BOWES, ESQ.
## 54 Cobblestone Drive
## Shoreham, NY 11786
Tel. (212) 979-7575
Fax (631) 929-1700
cjbowes@gmail.com

January 6, 2021

Via ECF
Hon Ona T. Wang
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Gutierrez v. Saul
20 Civ. 3061 (OTW)

Dear Judge Wang:

    As the attorney for the above plaintiff, I write to request a one week extension of time in which to serve plaintiff's portion of the joint stipulation in this case. These papers are due to be served today. This is plaintiff's second request for an extension of time.

    I have been unable to complete Mr. Gutierrez's papers by today on account of a number of unanticipated matters that have consumed my time in addition to multiple family obligations. With the consent of opposing counsel, SAUSA Shira Siskind, I respectfully request approval of the following revised schedule:

| | |
|---|---|
| January 13, 2021 | Plaintiff's Portion of Joint Stipulation |
| February 12, 2021 | Defendant's Portion of Joint Stipulation |
| February 26, 2021 | Plaintiff's Reply |
| March 1, 2021 | Joint Stipulation Filed |

    Thank you for Your Honor's attention to this matter.

Very truly yours,

/s/ Christopher J. Bowes
Christopher J. Bowes, Esq

cc: SAUSA Shira Siskind

SO ORDERED:

Application GRANTED.

_____
**Ona T. Wang**        1/7/21
United States Magistrate Judge