CHRISTOPHER J. BOWES, ESQ.

54 Cobblestone Drive

Shoreham, NY 11786

Tel. (212) 979-7575

Fax (631) 929-1700

cjbowes@gmail.com

February 8, 2021

Via ECF
Hon Ona T. Wang
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:   Gutierrez v. Saul
      20 Civ. 3061 (OTW)

Dear Judge Wang:

As the attorney for the above plaintiff, I write to request a slight revision to the briefing schedule in this case. On January 13, 2021, I filed plaintiff's Motion for Judgment on the Pleadings. However, I was supposed to file plaintiff's portion of the Joint Stipulation. I apologize for this oversight. I have been unusually busy this past month and overlooked this requirement.

I seek a short extension, until February 9, 2021, to conform plaintiff's papers to the joint stipulation format. With the consent of opposing counsel, SAUSA Shira Siskind, I respectfully request approval of the following revised schedule:

| | |
|---|---|
| February 10, 2021 | Plaintiff's Portion of Joint Stipulation |
| March 12, 2021 | Defendant's Portion of Joint Stipulation |
| March 26, 2021 | Plaintiff's Reply |
| March 31, 2021 | Joint Stipulation Filed |

Thank you for Your Honor's attention to this matter.

Very truly yours,

/s/ Christopher J. Bowes
Christopher J. Bowes, Esq

cc:   SAUSA Shira Siskind

---

Plaintiff's request is **GRANTED**.

Plaintiff shall provide Defendant with a draft of Plaintiff's portion of the Joint Stipulation by **February 10, 2021**. A copy should **NOT** be filed on the docket. *See* ECF 12 for instructions.

Plaintiff is directed to withdraw ECF 18 and 19.

**SO ORDERED.**

_____
Ona T. Wang  2/9/21
U.S.M.J.